UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN YADIRA RODRIGUEZ GUTIERREZ and MARIA IRMA GUITIERREZ DURON, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  Civil Action. No. 18-1958 (PLF) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) ) |
| Defendants. | ) ) ) |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendant's first motion to dismiss [Dkt. No. 69] is DENIED as moot; it is

FURTHER ORDERED that defendants' motion to dismiss the Amended Complaint [Dkt. No. 75] is GRANTED; it is

FURTHER ORDERED that the Amended Complaint's claims against the five unnamed John Doe defendants are DISMISSED as moot on the Court's own motion; and it is

FURTHER ORDERED that this case is DISMISSED.  The Clerk of the Court is directed to remove the case from the docket of this Court.

This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  November 21, 2019